ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for CARLOS PENA, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PENA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ANGELOU'S TS ENTERPRISES, INC.;<br>WENDY B. WARREN,<br><br>　　　　　　　Defendants. | Case No. 22-cv-9061-NC<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** |

Plaintiff CARLOS PENA and Defendants ANGELOU'S TS ENTERPRISES, INC.; WENDY B. WARREN stipulate, through their undersigned counsel, that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii) with each side bearing their own attorney fees, costs, and litigation expenses.

Respectfully submitted,

Dated: April 14, 2023        /s/    Irakli Karbelashvili
                             Irakli Karbelashvili, Attorney for
                             Plaintiff CARLOS PENA

Dated: April 14, 2023        /s/    Richard Morin
                             Richard Morin, Attorney for
                             Defendant WENDY B. WARREN

Dated: April 16, 2023        /s/    Richard Mac Bride
                             Richard Mac Bride, Attorney for
                             Defendant ANGELOU'S TS ENTERPRISES, INC.

### Filer's Attestation

Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

                             /s/    Irakli Karbelashvili
                             Irakli Karbelashvili